IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Anderson, Anita M

Printed: 2/19/08

Case Number: 04 B 27438
Judge: Hollis, Pamela S
Filed: 7/26/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 14, 2008
Confirmed: October 4, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,199.82 |  |
| Secured: |  | 10,224.39 |
| Unsecured: |  | 2,027.82 |
| Priority: |  | 601.00 |
| Administrative: |  | 2,506.71 |
| Trustee Fee: |  | 839.90 |
| Other Funds: |  | 0.00 |
| Totals: | 16,199.82 | 16,199.82 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,506.71 | 2,506.71 |
| 2. | Balaban Furniture Ltd | Secured | 1,653.56 | 1,653.56 |
| 3. | Triad Financial Services | Secured | 8,570.83 | 8,570.83 |
| 4. | Triad Financial Services | Priority | 601.00 | 601.00 |
| 5. | State Farm Insurance Co | Unsecured | 260.45 | 527.30 |
| 6. | Triad Financial Services | Unsecured | 257.01 | 520.29 |
| 7. | USA Payday Loans | Unsecured | 130.13 | 263.43 |
| 8. | Americash Loans, LLC | Unsecured | 146.42 | 296.42 |
| 9. | Balaban Furniture Ltd | Unsecured | 207.65 | 420.38 |
| 10. | AT&T | Unsecured |  | No Claim Filed |
| 11. | American Ambassador Casualty | Unsecured |  | No Claim Filed |
| 12. | Charter One Bank | Unsecured |  | No Claim Filed |
| 13. | H & R Block | Unsecured |  | No Claim Filed |
| 14. | Insurance Premium Financing | Unsecured |  | No Claim Filed |
| 15. | Poothakallil Abraham | Unsecured |  | No Claim Filed |
| 16. | US Cellular | Unsecured |  | No Claim Filed |
| 17. | SBC | Unsecured |  | No Claim Filed |
| 18. | State Farm Insurance Co | Unsecured |  | No Claim Filed |
| 19. | MCI | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,333.76 | $ 15,359.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 202.50 |
| 4% | 49.84 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Anderson, Anita M

Printed: 2/19/08

Case Number:  04 B 27438
Judge:  Hollis, Pamela S
Filed:  7/26/04

|      |        |
|------|--------|
| 3%   | 43.61  |
| 5.5% | 217.04 |
| 5%   | 72.69  |
| 4.8% | 119.63 |
| 5.4% | 134.59 |
|      | _____ |
|      | $ 839.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

